

**JIA LAW GROUP**
ATTORNEYS AT LAW

New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
+1 347.897.6199

October 22, 2025

**MEMO ENDORSED**

<u>Via ECF</u>
Judge Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *Wang v. Hainan Hnat-Management (US) LLC*; 24-cv-04251;
      **Joint Letter Motion for Additional Time to Submit Settlement Agreement for Cheeks Review.**

Dear Judge Ramos:

      We represent the Defendant Hainan Hnat-Management (US) LLC ("Hainan") in the above-referenced matter. We write jointly and with the consent of Plaintiff's counsel to respectfully request that the Court grant the Parties fourteen (14) days' additional time from today, October 22, 2025, to submit the settlement agreement for review by the Court pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) until November 5, 2025. The Parties are in the process of finalizing the terms of the settlement agreement before submission for review and request this additional time to do so.

      Thank you for Your Honor's attention and consideration to this matter.

> The request is granted. The deadline to submit the settlement agreement for review is November 5, 2025.
>
> SO ORDERED.
>
> *[signature]*
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 22, 2025
> New York, New York

Respectfully submitted,

JIA LAW GROUP, P.C.

By: */s/Thomas Hsien Chih Kung*
Thomas Hsien Chih Kung
88 Pine Street, 18th Floor
New York, NY 10005
(347) 897-6199
thomas.kung@jiaesq.com

Cc:   All parties of record (via ECF)