**JLG JIA LAW GROUP®**
ATTORNEYS AT LAW

New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
+1 **347.897.6199**

November 26, 2025

Via ECF
Judge Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:    *Wang v. Hainan Hnat-Management (US) LLC*; 24-cv-04251;
       **Joint Letter Motion for Additional Time to Submit Settlement Agreement for**
       **Cheeks Review.**

Dear Judge Ramos:

We represent the Defendant Hainan Hnat-Management (US) LLC ("Hainan") in the above-referenced matter. We write jointly and with the consent of Plaintiff's counsel to respectfully request that the Court grant the Parties additional time from today, November 26, 2025, to submit the settlement agreement for review by the Court pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) until December 31, 2025. Defendant is in the process of obtaining the funds to make the Settlement Payment and the Parties are finalizing the terms of the Settlement Agreement before submission for review and request this additional time to do so.

Thank you for Your Honor's attention and consideration to this matter.

**MEMO ENDORSED**
The request is granted. The deadline
to submit the settlement agreement is
extended to December 31, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 1, 2025
New York, New York

Respectfully submitted,

JIA LAW GROUP, P.C.

By: */s/Thomas Hsien Chih Kung*
    Thomas Hsien Chih Kung
    88 Pine Street, 18th Floor
    New York, NY 10005
    (347) 897-6199
    thomas.kung@jiaesq.com

Cc:    All parties of record (via ECF)